# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: George M Sollberger  
       Debtor(s)

BKY. NO. 16-01205 RNO

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4880

                          Respectfully submitted,

                          **/s/ Thomas Puleo**  
                          Thomas Puleo, Esquire  
                          James C. Warmbrodt, Esquire  
                          KML Law Group, P.C.  
                          701 Market Street, Suite 5000  
                          Philadelphia, PA 19106-1532  
                          (215) 825-6306  FAX (215) 825-6406  
                          Attorney for Movant/Applicant