```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 16-01205-HWV
George M Sollberger                                             Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 2          Date Rcvd: Mar 20, 2020
                              Form ID: 3180W               Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
```
db              +George M Sollberger,    10 Carroll Street,    Wellsville, PA 17365-9768
5105289         +1405 N. DUKE ST.,    PO BOX 15627,    YORK, PA 17405-0156
4800524         +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4766748         +Carrie A. Brown,    120 Corporate BLVD,    Norfolk, VA 23502-4952
4766750          CitiBank/Best Buy,    Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
4766752         +Credit Bureau of York, Inc.,    33 S. Duke Street,    York, PA 17401-1485
4766753         +FMA Alliance, LTD,    12339 Cutten Road,    Houston, TX 77066-1807
4766758          PA Department of Revenue,    Bureau of Individual Taxes,    PO Box 280431,
                  Harrisburg, PA 17128-0431
4814894         +PNC BANK N.A.,    P.O. BOX 94982,    CLEVELAND, OH 44101-4982
4766760         +PNC Bank NA,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
4766759         +Partners in Family Health, PC,    1550 Rodney Road,    York, PA 17408-9715
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4766745          EDI: BANKAMER.COM Mar 20 2020 23:23:00      Bank of America,    P.O. Box 982235,
                  El Paso, TX 79998
4815381          EDI: BANKAMER.COM Mar 20 2020 23:23:00      BANK OF AMERICA, N.A.,    Bank of America,
                  PO Box 31785,    Tampa, FL 33631-3785
4766744         +EDI: BANKAMER.COM Mar 20 2020 23:23:00      Bank of America,    1800 Tapo Canyon Road,
                  Simi Valley, CA 93063-6712
4766749          E-mail/Text: bankruptcy@cavps.com Mar 20 2020 19:36:34      Cavalry Portfolio Services,
                  PO Box 27288,    Tempe, AZ 85282
4766747          EDI: CAPITALONE.COM Mar 20 2020 23:23:00      Capital One,    Bankruptcy Info,    PO Box 85167,
                  Richmond, VA 23285-5167
4812711          EDI: BL-BECKET.COM Mar 20 2020 23:23:00      Capital One NA,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA 19355-0701
4767288         +E-mail/Text: bankruptcy@cavps.com Mar 20 2020 19:36:34      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4766751         +EDI: SEARS.COM Mar 20 2020 23:23:00      Citibank/Sears,    PO Box 6189,
                  Sioux Falls, SD 57117-6189
4766755          EDI: IRS.COM Mar 20 2020 23:23:00      Internal Revenu Service,    P.O. Box 804527,
                  Cincinnati, OH 45280-4527
4766756         +E-mail/Text: bncnotices@becket-lee.com Mar 20 2020 19:35:51      Kohls/Cap One,    P.O. Box 3115,
                  Milwaukee, WI 53201-3115
4807440         +EDI: MID8.COM Mar 20 2020 23:23:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                  WARREN, MI 48090-2011
4766757         +EDI: MID8.COM Mar 20 2020 23:23:00      Midland Funding LLC,    PO Box 939019,
                  San Diego, CA 92193-9019
4766761          EDI: PRA.COM Mar 20 2020 23:18:00      Portfolio Recovery Associates,
                  120 Corporate Boulevard, Suite 100,    Norfolk, VA 23502-4962
4815867          EDI: PRA.COM Mar 20 2020 23:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
4779861          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 20 2020 19:36:18
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg PA 17128-0946
4766763         +EDI: RMSC.COM Mar 20 2020 23:23:00      Syncb/lowes,    P.O. Box 956005,    Orlando, FL 32896-0001
4766764         +EDI: WTRRNBANK.COM Mar 20 2020 23:23:00      TD Bank USA/targetcard,    P.O. Box 673,
                  Minneapolis, MN 55440-0673
4766765          EDI: USBANKARS.COM Mar 20 2020 23:18:00      US Bank,    PO Box 108,    Saint Louis, MO 63166
4766766         +E-mail/Text: edinkel@vikingservice.com Mar 20 2020 19:37:00      Viking Collections Services,
                  7500 Office Ridge Circle,    Eden Prairie, MN 55344-3782
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4766746*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79998)
4766754*        +FMA Alliance, LTD,    12339 Cutten Road,    Houston, TX 77066-1807
4766762*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates,     120 Corporate Boulevard, Suite 100,
                  Norfolk, VA 23502-4962)
4815868*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541)
                                                                                               TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
    Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    Paul Donald Murphy-Ahles   on behalf of Debtor 1 George M Sollberger pmurphy@dplglaw.com, kgreene@dplglaw.com
    Thomas I Puleo   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| **Information to identify the case:** | |
|---|---|
| Debtor 1: George M Sollberger | Social Security number or ITIN: xxx–xx–6769<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | |
| Case number: 1:16–bk–01205–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

George M Sollberger

3/20/20

**By the court:** *Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Case 1:16-bk-01205-HWV   Doc 32   Filed 03/22/20   Entered 03/23/20 00:38:18   Desc
Imaged Certificate of Notice   Page 3 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**