```
                    United States Bankruptcy Court
                     Middle District of Pennsylvania
```

In re:                                                    Case No. 16-01205-HWV
George M Sollberger                                       Chapter 13
        Debtor
                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke      Page 1 of 1        Date Rcvd: May 19, 2020
                             Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
db             +George M Sollberger,   10 Carroll Street,   Wellsville, PA 17365-9768

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                              Signature:  /s/Joseph Speetjens

_____

                **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Paul Donald Murphy-Ahles    on behalf of Debtor 1 George M Sollberger pmurphy@dplglaw.com,
          kgreene@dplglaw.com
         Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                  TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

George M Sollberger,                                    Chapter            13

   **Debtor 1**
                                                        Case No.          1:16−bk−01205−HWV

Social Security No.:

                         xxx−xx−6769

Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Charles J DeHart, III (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  May 19, 2020                          By the Court,

                                              Honorable Henry W. Van Eck
                                              Chief Bankruptcy Judge
                                              By: MichaelMcHugh, Deputy Clerk


**fnldec** (05/18)